880

No. 78–1665. Jersey Central Power & Light Co. *v.* Federal Energy Regulatory Commission et al. C. A. 3d Cir. Certiorari denied. Mr. Justice White would grant certiorari.

No. 78–1738. Schlesinger *v.* United States. C. A. 2d Cir. Certiorari denied. Mr. Justice White would grant certiorari.

No. 78–6693. Dixon *v.* United States. C. A. 9th Cir. Certiorari denied. Mr. Justice White would grant certiorari.

No. 78–6696. Stilling *v.* Oregon. Sup. Ct. Ore. Certiorari denied. Mr. Justice White would grant certiorari.

No. 78–6784. Ryan *v.* White et al. C. A. 4th Cir. Certiorari denied. Mr. Justice White would grant certiorari.

No. 78–1676. Kentucky *v.* Simpson. Ct. App. Ky. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 78–1691. Starren *v.* Starren. Ct. App. Cal., 4th App. Dist. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 78–1752. New York *v.* Wharton. Ct. App. N. Y. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 78–1786. Huecker et al. *v.* Weisenberger et al. C. A. 6th Cir. Motion of respondents for leave to proceed *in forma pauperis* granted. Certiorari denied.